MILTONIAN REALTY CORP., Landlord, Appellant, *v.* HYMAN S. MARKOWITZ, Tenant, Respondent.[*]

Supreme Court, Appellate Term, Second Department, January 12, 1945.

*George A. Roland* for appellant.

*Irving Ostrow* for respondent.

MEMORANDUM *Per Curiam.* Upon this record it appears that the concession was limited by the terms of the renewal of the lease to the month of September, 1943. It was therefore error to grant judgment for the tenant.

[*] See. also, *Macsher Realty Corp.* v. *Knobler,* 184 Misc. 56.— [REP.

The final order and judgment should be reversed upon the law, with $30 costs to the landlord, and final order and judgment directed for the landlord for $80, with appropriate costs in the court below.

MacCrate, Smith and McCooey, JJ., concur.

Order and judgment reversed, etc.